IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:20-CV-1961-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| STEPHANIE A. BRIDGETT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion to dismiss has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 5, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: December 27, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1