IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. GIBBS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STEPHANIE A. BRIDGETT, et al.,<br><br>　　　　　Defendants. | No. 2:20-CV-1961-KJM-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Plaintiff's motion for a continuance.[1] Plaintiff states that he is out of state until mid-March 2022 and, thus, unable to attend the hearing set in this matter for February 3, 2022. Plaintiff seeks a continuance and additional time to file an opposition to Defendant's pending motion to dismiss. Good cause appearing therefor, Plaintiff's motion is granted. The hearing on Defendant's motion to dismiss is continued to April 21, 2022, at 1:30 p.m., before the undersigned in Redding, California. The hearing shall be in-person, though any party may arrange a telephonic appearance through CourtCall without prior authorization from the Court. Plaintiff may file a further opposition brief on or before April 7, 2022. Defendant may file a

---

[1] The motion was filed in the case of Gibbs v. Jens, et al., No. 2:20-CV-1956-KJM-DMC only, but references motions pending in the instant docket as well as Gibbs v. Northam, et al., No. 2:20-CV-1957-TLN-DMC. The Clerk of the Court has been directed to file Plaintiff's motion in these other two dockets.

1 | further reply brief on or before April 14, 2022.

2 |         IT IS SO ORDERED.

4 | Dated: February 1, 2022

                                       DENNIS M. COTA
                                       UNITED STATES MAGISTRATE JUDGE