1
2
3
4
5
6
7
8          **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

11 | ROBERT A. GIBBS, | No. 2:20-CV-1956-KJM-DMC
12 | Plaintiff, |
13 | v. |
14 | JEFF JENS, et al., |
15 | Defendants. |
16

17 | ROBERT A. GIBBS, | No. 2:20-CV-1957-TLN-DMC
18 | Plaintiff, |
19 | v. |
20 | SHON NORTHAM, et al., |
21 | Defendants. |

22 | ROBERT A. GIBBS, | No. 2:20-CV-1961-KJM-DMC
23 | Plaintiff, |
24 | v. |
25 | STEPHANIE A. BRIDGETT, et al., |
26 | Defendants. |
27
28

1

| | |
|---|---|
| ROBERT A. GIBBS, | No. 2:22-CV-0299-TLN-JDP |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings these civil actions. Examination of the above-entitled actions reveals that these cases are related within the meaning of Eastern District of California Local Rule 123(a). The Court finds that assignment of the matters to the same District Judge and Magistrate Judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties. The parties should be aware that relating the cases merely has the result that the actions are assigned to the same judges. No consolidation of the actions is effected. Under the regular practice of this Court, related cases are generally assigned to the District Judge and Magistrate Judge to whom the first filed action was assigned.

Accordingly, IT IS HEREBY ORDERED that:

1. The four above-captions actions are related pursuant to Local Rule 123(a);

2. The action denominated as Case No. 2:20-CV-1957-TLN-DMC is reassigned to Chief United States District Judge Kimberly J. Mueller for all further proceedings, and the caption on documents filed in the reassigned case shall be shown as *Gibbs v. Northam, et al.*, 2:20-CV-1957-KJM-DMC;

3. The action denominated as Case No. 2:22-CV-0299-TLN-JDP is reassigned to Chief United States District Judge Kimberly J. Mueller and United States Magistrate Judge Dennis M. Cota for all further proceedings, and the caption on documents filed in the reassigned case shall be shown as *Gibbs v. State of California, et al.,* 2:22-CV-0299-KJM-DMC;

4. The actions captioned above remain under referral to the assigned Magistrate Judge for all pretrial proceedings; and

5. The Clerk of the Court is directed to make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: June 6, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE